

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00850-CR

**EX PARTE** Juan Gabriel **CISNEROS**,

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 88-02-02179-CR
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

The record in this habeas corpus appeal is now complete. We order appellant's brief due **February 14, 2019.** *See* TEX. R. APP. P. 31.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.2(a). The State's brief is due within 20 days after the date appellant's brief is filed. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.2(b). A reply brief, if any, must be filed within 10 days after the State's brief is filed.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court